In the Matter of SONARA HH., a Child Alleged to be Permanently Neglected. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ROBERT HH., Respondent.

Submitted June 29, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

WELLS FARGO BANK, N.A., as Trustee for ABFC 2006-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3, Respondent, v ROTIMI EROBOBO, Appellant, et al., Defendants.

Submitted June 15, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

WSC RIVERSIDE DRIVE OWNERS LLC, Appellant, v OLIVER WILLIAMS, Respondent.

Submitted June 15, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).